UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                        CASE NO.: 21-CR-129

　　　Plaintiff,

vs.

Gabriel Garcia,

　　　Defendant.

_____/

## NOTICE OF FILING ADDITIONAL SUPPORT FOR MOTION TO TRANSFER VENUE

Gabriel Garcia, by and through undersigned counsel, hereby respectfully requests that this Court take notice of additional support for his motion for transfer of venue. In particular, Mr. Garcia asks that the Court take notice of the results of an additional survey of potential jurors in the District of Columbia and of potential jurors in three other federal judicial districts, which was prepared at the request of counsel for Defendants Thomas Caldwell and Connie Meggs before the Honorable Amit P. Mehta in Case No. 21-cr-028, filed on April 15, 2022. See Exhibit A.

Respectfully submitted,

**/s/Aubrey Webb**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell**_____
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004
202-888-2728
Email: Charles@CharlesHaskell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 3rd day of May 2022.

/s/Aubrey Webb