UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 21-0129 (ABJ) |
| ) | |
| GABRIEL AUGUSTIN GARCIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant's Motion to Transfer Venue [Dkt. # 54] is **DENIED**.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: July 22, 2022