# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-3189**  **September Term, 2024**

**1:21-cr-00129-ABJ-1**

**Filed On: February 3, 2025** [2098351]

United States of America,

    Appellee

  v.

Gabriel Augustin Garcia, also known as
Gabriel Agustin Garcia,

    Appellant

### M A N D A T E

    In accordance with the order of February 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

           BY:    /s/
                                Emily K. Campbell
                                Deputy Clerk

Link to the order filed February 3, 2025