**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 21-0129 (ABJ) |
| GABRIEL AUGUSTIN GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

On November 20, 2023, after a bench trial on stipulated facts, *see* Notice of Revised Joint Statement of Fact [Dkt. # 149], defendant was found guilty on one count of committing or attempting to commit an act to obstruct, impede, or interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties during a civil disorder.  Minute Entry (Nov. 20, 2023).

Given the order issued by the United States Court of Appeals that the judgement of the district court be vacated and the case be dismissed as moot, Mandate [Dkt. # 226], this case is hereby **DISMISSED AS MOOT**.

AMY BERMAN JACKSON
United States District Judge

DATE:  February 5, 2025